AO 450 (Rev. 11/11) Judgment in a Civil Action

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jul 08, 2025**
SEAN F. McAVOY, CLERK

JERRY U. TOWNSEL

*Plaintiff*

v.

TIMOTHY WHITNEY, CHRISTOPHER M. MALONE, and, COREY SCHMIDT

*Defendant*

Civil Action No. 4:22-CV-5122-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED with prejudice. Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:  7/8/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony